[No. 46568-6-I.   Division One.   August 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY THOMAS WALLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00467-8, Deborah D. Fleck, J., entered April 7, 2001. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 46613-5-I.   Division One.   August 13, 2001.]

*In the Matter of the Marriage of* BONNIE DAVIS, *Appellant*, and JAMES L. DAVIS, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-3-00399-5, Charles S. French, J., entered March 8, 2000. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Webster and Ellington, JJ.

[No. 46747-6-I.   Division One.   August 13, 2001.]

ALBERTA L. KOCH, *Appellant*, v. MUTUAL OF ENUMCLAW INSURANCE COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-26923-5, Suzanne M. Barnett, J., entered May 10, 2000. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion. Now published at 108 Wn. App. 500.

[No. 47287-9-I.   Division One.   August 13, 2001.]

*In the Matter of the Marriage of* NANCY LOTTO, *Respondent*, and WILLIAM M. GLADSJO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-3-01507-6, Robert H. Alsdorf, J., entered August 9, 2000. *Reversed* by unpublished per curiam opinion.